ORIGINAL

FELIX WOO (State Bar No. 208107)
fwoo@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., | Case No. **SACV10-00450** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT; CIRCUMVENTION OF COPYRIGHT PROTECTION SYSTEMS; BREACH OF CONTRACT; AND TORTIOUS INTERFERENCE WITH CONTRACT** |
| vs. | |
| JUSTIN MARSHALL, an individual, and DOES 1 through 5 inclusive, | |
| Defendants. | |

Case No.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## COMPLAINT FOR COPYRIGHT INFRINGEMENT; CIRCUMVENTION OF COPYRIGHT PROTECTION SYSTEMS; BREACH OF CONTRACT; AND TORTIOUS INTERFERENCE WITH CONTRACT

1.     Plaintiff Blizzard Entertainment ("Blizzard") hereby alleges as follows against Defendant Justin Marshall and Does 1-5 (collectively "Defendants"), based upon actual knowledge with respect to Blizzard and Blizzard's acts, and upon information and belief as to all other matters.

## NATURE OF THE ACTION

2.     This is an action for injunctive relief, money damages and related relief against Justin Marshall a/k/a "usmc23" and Does 1-5, individuals working in concert to circumvent Blizzard's security technology and develop software that unlawfully allows access to beta copies of Blizzard's forthcoming computer game StarCraft II: Wings of Liberty™ and permits multi-player game play on unauthorized rogue servers in a manner that infringes Blizzard's rights and breaches its contracts. The acts of Defendants, described in more detail below, constitute direct and indirect copyright infringement in violation of the Copyright Act, as amended, 17 U.S.C. § 501; circumvention of copyright protection systems in violation of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1)(A); trafficking in technology designed for the purpose of circumventing copyright protection systems in violation of the DMCA 17 U.S.C. § 1201(a)(2) and (b)(1); breach of contract under the laws of the state of California, and tortious interference with contractual relations.

## JURISDICTION AND VENUE

3.     This Court has original jurisdiction to adjudicate the copyright and DMCA claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction to declare the rights of the parties and to resolve disputes arising under agreements entered into between the parties pursuant to 28 U.S.C. § 1367.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    4.    Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1391 and

2    1400 because this is a judicial district in which a substantial part of the events

3    giving rise to the claims occurred, and/or this is a judicial district in which one or

4    more Defendants reside or may be found.

5    ## THE PARTIES

6    5.    Plaintiff Blizzard Entertainment, Inc. ("Blizzard") is a corporation

7    organized and existing under the laws of the state of California, with a principal

8    place of business at 16215 Alton Parkway, Irvine, California 92618.

9    6.    On information and belief, Defendant Justin Marshall ("Marshall")

10   resides or has a principal place of business at 1921 Winterset Place, Simi Valley,

11   California 93065.

12   7.    On information and belief, Does 1-5 are individuals whose real

13   identities are not yet known to Blizzard, but who are acting in concert with

14   Marshall, often in the guise of Internet aliases, in committing the unlawful acts

15   alleged herein.  Blizzard intends to identify Does 1-5 during discovery and amend

16   this action to name them.

17   ## BACKGROUND FACTS

18   ### Blizzard's StarCraft II™ Online Computer Game

19   8.    Blizzard is a premier publisher of entertainment software.  Blizzard is

20   best known for its high-quality computer games, including the DIABLO®,

21   STARCRAFT® and WARCRAFT® gaming franchises.  Since establishing the

22   Blizzard label in 1994, Blizzard has quickly become one of the world's most

23   respected and popular makers of computer games.  Many of Blizzard's games

24   feature online game play over the Internet via an online gaming service provided

25   by Blizzard.  Millions of individuals actively play Blizzard's games online.

26   9.    Blizzard currently is developing StarCraft II: Wings of Liberty™

27   ("SC2").  SC2 is the sequel to Blizzard's StarCraft, which sold millions of copies

28   around the world.  StarCraft II, like the original, is a Real Time Strategy Game

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-2-

("RTS"), a genre of computer game in which players control armies and conduct video game battles in real time.  SC2 will allow players to experience the StarCraft universe in great detail, customizing their own experiences by participating in a variety of different activities alone or with others.

10.    The software code responsible for the extensive and richly detailed creative SC2 gaming environment and providing the multiplayer gaming experience are copyrighted works owned by Blizzard.  Blizzard applied for certificates of copyright registration, on an expedited basis, in both the game client software code and in the multiplayer software code on April 5, 2010, and expects to receive a registration with that effective date.

11.    SC2 offers both single player and multiplayer game play.  To access multiplayer game play, the user must have special software installed on his or her computer (the "SC2 game client" or "game client").  The game client is designed to work in combination with computer servers maintained and operated by Blizzard, called Battle.net, to match players with opponents for multiplayer game play, as well as to provide various ways to interact with other players.

12.    As part of creating SC2, Blizzard has also developed a new version of Battle.net, which adds significant new functionality including social networking features and new methods of coordinating matchmaking for multiplayer games between interested players.

13.    In order to experience multiplayer play, consumers must obtain a legitimate version of the SC2 game client and register on Blizzard's Battle.net servers.

14.    Because the copyrighted content making up the SC2 gaming environment is stored on both the SC2 game client and Battle.net, a user seeking to engage in multiplayer play must have both an authorized game client and authorized access to Battle.net.  Indeed, as described in more detail below, Battle.net is designed only to recognize legitimate, authorized game clients.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1   Similarly, authorized game clients are specifically tailored to connect only with

2   authorized servers.

3       15.   Blizzard is developing the SC2 gaming environment through

4   tremendous effort and at tremendous expense to the company, employing

5   numerous game designers, artists, producers, and programmers to conceive of and

6   create a gaming experience that ideally will appeal to a large number of players and

7   maintain the interest of those players for many years.

8               **The StarCraft II™ Closed Beta Test Program**

9       16.   As part of the development process for SC2, Blizzard needs to evaluate

10   how the game will perform with large numbers of simultaneous players.

11       17.   Accordingly, Blizzard has established the StarCraft II™ Closed Beta

12   Test Program (the "Closed Beta Test"), in which Blizzard distributes development

13   versions of the game client software to a number of selected, authorized individuals

14   ("beta testers") who were chosen to evaluate a variety of computer configurations

15   and operating systems that will access the SC2 gaming environment. In exchange

16   for being allowed access to the Closed Beta Test, beta testers agree to evaluate the

17   different aspects of the SC2 gaming environment and provide feedback to Blizzard.

18       18.   After a beta tester has obtained the game client software via download

19   and starts that program on his or her computer, the game client displays a contract

20   to the user called the StarCraft II™ Beta Test Agreement ("BTA"). *See* BTA,

21   attached as Exhibit A. The BTA is displayed each time the user of the game client

22   starts the program.

23       19.   In order to continue accessing the game client, the user must manifest

24   assent to the BTA by clicking on a button labeled "Accept."

25       20.   The BTA states that any use of the SC2 game client or access to the

26   SC2 gaming environment that is not in accordance with the BTA is expressly

27   prohibited. Among other provisions, the BTA provides that no one other than

28   Blizzard shall "host, provide access to, or emulate the communication protocols

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-4-

1    used to create the SC2 gaming environment." Additionally, the BTA prohibits

2    modifying SC2 software, adding components to SC2, or using third-party programs

3    for the purpose of hosting SC2. The use of any tools to "hack or alter" SC2

4    software also is specifically prohibited. Ex. A, ¶¶ 7-8.

5        21.   The terms of the BTA are designed to protect the integrity of the beta

6    test process, and prevent exactly what has occurred in this case – beta testers and

7    others from developing pirated versions of client and server elements of the SC2

8    gaming environment.

9        22.   In order to engage in multiplayer game play, SC2 users must connect to

10   Blizzard's Battle.net servers. When they connect to Battle.net, users are presented

11   with the Battle.net Terms of Use ("TOU"). *See* TOU, attached as Exhibit B.

12       23.   The TOU states that "BY CLICKING "ACCEPT" BELOW OR BY

13   USING THE SERVICE, YOU REPRESENT THAT YOU HAVE READ AND

14   AGREE TO THIS TERMS OF USE, THAT YOU AGREE TO ABIDE BY OUR

15   IN GAME POLICIES, AND THAT YOU UNDERSTAND AND

16   ACKNOWLEDGE OUR PRIVACY POLICY." Ex. B.

17       24.   The TOU makes clear that use of the Battle.net software and service is

18   subject to a limited license, and that users may not "use … unauthorized third-party

19   software designed to modify the service, any Game or any Game experience," "

20   host, provide, or develop matchmaking services for any Game or the service, or

21   intercept, emulate or redirect the communication protocols used by Blizzard in any

22   way, for any purpose, including without limitation unauthorized play over the

23   internet …" Ex. B, ¶¶ 1-2.

24       25.   The BTA and Battle.net TOU provide commercially reasonable

25   contractual protection of Blizzard's rights in the Closed Beta Test.

26                    **Blizzard's Anti-Piracy Mechanisms**

27       26.   Blizzard has applied for certificates of copyright registration for both

28   the SC2 software and Battle.net software.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No.                                    COMPLAINT FOR COPYRIGHT INFRINGEMENT

27. Blizzard's copyright in the game client covers nearly all aspects of the game client as it has been distributed in the Closed Beta Test, including, without limitation, (a) all of the human and machine readable computer code and any other data distributed as part of the game client, (b) all graphical and textual elements of the screens that appear in the game client when the same is executed on a personal computer, (c) all graphical and textual elements of documents distributed with the game client, and (d) all motion picture and sound recordings, and other audio-visual elements distributed with the game client.

28. Because a substantial amount of the material that is used to create the SC2 gaming environment resides in the copyrighted game client, and because the game client (like all software) is subject to unlimited copying over the Internet, Blizzard has implemented a number of technological measures to control access to the copyrighted elements in the game client.

29. Each authorized beta tester is issued a unique 26-digit alphanumeric authentication code (the "Authentication Code") after being invited to join the Closed Beta Test. The beta tester must enter the Authentication Code before he or she is allowed to download the program that will install the game client. Once the beta tester has successfully downloaded the installer program, the program requires the beta tester to enter his or her Authentication Code again before installing the game client on the hard drive of the beta tester's computer.

30. After the game client has been installed, it must then interact with Battle.net in order for players to access and play the multiplayer game. Game clients are pre-configured only to connect to Battle.net. Specifically, after the game client connects to Battle.net, the server then examines a set of data from the game client that serves as a "digital fingerprint," allowing Blizzard to determine whether the game client attempting to communicate with the server is a legitimate version.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No.                                    COMPLAINT FOR COPYRIGHT INFRINGEMENT

31.   Finally, authorized beta testers must create a beta account via a separate interface that requires them to enter their Authentication Code.  Once the Authentication Code has been validated, the beta tester must create a unique account username and password.  Each Authentication Code can only be used to create one account, and the Authentication Code is tied to that account after the account has been created.

32.   When the beta tester runs the game client software, the game client displays a login screen in which the beta tester must enter his or her unique account username and password.  At the same time, an encrypted file is loaded that performs checks designed to determine whether the client has been tampered with (*i.e.*, whether the game is unlicensed or altered in such a way as to bypass logon requirements).  The client then sends information, including information derived from the username and password, to Battle.net.  If this information passes certain authentication tests (namely that the account exists, is in good standing, and has the appropriate license), the server allows the game client to enter the SC2 multiplayer gaming environment and access the copyrighted material resident on the server, as well as opening access to the copyrighted material on the game client.  As such, access to the copyrighted content on the game client is predicated on access to Battle.net.  In this way, the server "unlocks" the copyrighted information on the game client.

## EFFORTS TO DEVELOP A PIRATED SC2 GAMING ENVIRONMENT

33.   A group of individuals (the "SC2 Pirate Community") are unwilling merely to beta test the authorized SC2 client and server, and ultimately pay for the experience of playing the game.  Instead, this SC2 Pirate Community is working in concert, largely over the Internet, to obtain and access unauthorized or "cracked" game clients and develop an unauthorized, pirated version of Battle.net, with the goal of enabling members of this community to benefit from Blizzard's development of SC2 without paying for it.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No.                                                          COMPLAINT FOR COPYRIGHT INFRINGEMENT

34.   The SC2 Pirate Community operates through websites, chat rooms, and other methods of communication on the Internet in order to obtain access to pirated copies of the SC2 game client, to collaborate on efforts to circumvent Blizzard's technological security measures, as well as to create and to develop unauthorized programs that enable access to a pirated version of the SC2 gaming environment.

35.   Although a substantial number of people in the SC2 Pirate Community are interested in obtaining unauthorized access to the SC2 gaming environment, only a much smaller number of highly sophisticated individuals have the technical ability to create the computer programs enabling such activity.  These individuals work in small groups or teams that use pirated game clients to develop unauthorized "rogue" servers designed to emulate, or mimic, Battle.net.  By creating such rogue servers, the SC2 Pirate Community seeks to enable users to forego legitimate, authorized game play in the copyrighted SC2 gaming environment that Blizzard will make available to the public, and instead provide a pirated SC2 gaming environment with unauthorized copies of game clients connecting to unauthorized servers.

36.   The ultimate goal of each of these groups is to crack Blizzard's security, thwart their contractual obligations, and infringe copyrights in order to permit them to create a pirated SC2 gaming environment and gain the benefits of experiencing all of the SC2 game features without authorization.

## DEFENDANTS' UNLAWFUL ACTIVITIES

37.   On information and belief, Defendant Justin Marshall is a leader of one of the most sophisticated groups of hackers in the SC2 Pirate Community, a group called "StarCrack" or "SC2C."  Marshall and his co-conspirators in StarCrack are actively working on creating an unauthorized SC2 gaming environment permitting unauthorized access to the copyrighted multiplayer aspects of the game client.

38.   As set forth in more detail below, Marshall and Defendants have put forth substantial effort to allow others who have illegally acquired pirated versions

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No.                                        COMPLAINT FOR COPYRIGHT INFRINGEMENT

1   of the game client to access the copyrighted content of the SC2 gaming

2   environment.

3         39.   Like most members of the SC2 Pirate Community, Marshall operates

4   through an online alias or pseudonym.

5         40.   Marshall uses the alias "usmc23."

6         41.   On information and belief, under the moniker "usmc23," Marshall

7   regularly communicates with other "StarCrack" members about breakthroughs in

8   cracking Blizzard's security and development of their rogue servers.

9         **The "StarCrack" Unauthorized Beta Server**

10        42.   StarCrack is developing a server program of the same name that

11   attempts to emulate the actual Battle.net game servers operated by Blizzard.

12        43.   Blizzard has not authorized StarCrack to develop a server, and such

13   development violates the express provisions of the BTA and TOU.

14        44.   On information and belief, Marshall and other Defendants, including

15   Does 1-5, and individuals using the aliases xttocs, d0ccrazy, fedoranimus, Xanares,

16   and Xane initially began development of rogue servers to accommodate pirated

17   versions of the game client shortly after the start of the Closed Beta Test.

18        45.   Marshall and Defendants continue to develop the StarCrack server to

19   the present day.

20        46.   Unlike the authentic Battle.net, StarCrack's server will be designed not

21   to determine whether a game client connecting to it is a legitimate version.  Instead,

22   the StarCrack server, as designed, will allow unauthorized versions of the game

23   client to engage in multiplayer play without connecting to Battle.net and access the

24   copyrighted content residing on the game client.

25        47.   The StarCrack server thus can be used to bypass the anti-piracy checks

26   Blizzard has implemented that otherwise take place before the game client may

27   proceed to enter the SC2 gaming environment.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-9-

48.   Absent rogue servers such as StarCrack, owners of pirated versions of the game client would have no ability to access the copyrighted content resident on the game client and multiplayer SC2 gaming environment.

49.   Marshall and Defendants are not currently nor have they ever been authorized participants in the Closed Beta Test.

50.   Marshall and Defendants are not authorized by Blizzard to use, copy or modify any SC2 software, including the game client.

51.   On information and belief, Marshall and Defendants acquired a pirated copy of the game client.

52.   On information and belief, Marshall and Defendants then bypassed the Authentication Code check required by the installation program and installed the pirated version of the game client on the hard drive of a computer.

53.   On information and belief, Marshall and Defendants caused this pirated version of the game client to be run on a computer, viewed the BTA, and manifested assent to the BTA by clicking on the "Accept" button.

54.   On information and belief, Marshall and Defendants disassembled, decompiled, "packet sniffed" or otherwise reverse engineered portions of Blizzard's game software during the course of development of the StarCrack server, including circumventing encryption technology designed to protect that code.

### The StarCrack Login System

55.   As set forth above, Blizzard's authorized Battle.net servers unlock the copyrighted content on the game client.  Accordingly, to connect to and enable use of the game client's multiplayer mode, and particularly an unauthorized, pirated game client, with an unauthorized server such as StarCrack, Marshall and Defendants have created an alternative login system to unlock the multiplayer content.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

56. For past Blizzard online games, the availability of programs that allow users with pirated versions of the game client to access a game's multiplayer features without authorization has materially contributed to widespread demand for infringing copies of the game client on the Internet.

57. The availability of pirated copies, and the development of rogue servers designed to enable multiplayer game play completely separate from the authorized SC2 environment deprives Blizzard of the fruits of its labors in developing the SC2 client and gaming environment.

58. Upon information and belief, the StarCrack server is being developed to imitate the "secret handshake" between the SC2 game client and Battle.net, always providing an acceptance message to the player's game regardless of whether the user has licensed an authorized copy of SC2.

59. When the SC2 client connects to Battle.net, a copy of the program is loaded into the user's own computer's random access memory.

60. Blizzard only authorizes users to copy SC2 into random access memory in conformity with the terms of its BTA and TOU.

61. When users first attempt to launch the SC2 game client, authenticate to the Battle.net, and access the copyrighted elements of the SC2 gaming environment and its multiplayer features, they must demonstrate that they seek to run an authorized copy of the game client.

## COUNT I

### Copyright Infringement

### Under the Copyright Act, 17 U.S.C. § 501 et seq.

62. Blizzard realleges each and every allegation set forth in Paragraphs 1 through 61, inclusive, and incorporates them by reference herein.

63. The BTA and TOU provide that the user may not "host, provide or develop matchmaking services for the Game or intercept, emulate or redirect the communication protocols used by Blizzard in any way … including without

Case No.                                    COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  limitation, unauthorized network play over the internet, network play utilizing

2  commercial or non-commercial gaming networks, or as part of content aggregation

3  networks.  See BTA para. 7(B)(iii).

4      64.  The BTA and TOU also provide that the user may not "[f]acilitate,

5  create or maintain any unauthorized connection to the Game or the Service,

6  including without limitation any connection to any unauthorized server that

7  emulates, or attempts to emulate, the Game.  All connections by or to the Game

8  may only be made through methods and means approved by Blizzard.  Under no

9  circumstances may you connect, or create, tools that allow you or others to connect

10  to the Game other than those expressly provided by Blizzard for use by Beta

11  Testers."  See Ex. A, BTA para. 7(B)(iv).

12      65.  Defendants have repeatedly accessed Blizzard's Battle.net servers and

13  loaded SC2 game client's copyrighted content into the computer's RAM in order to

14  intercept the server's communication protocols, circumvent security protections,

15  and develop unauthorized matchmaking services, all of which exceed the scope of

16  the BTA and TOU license.

17      66.  By copying the copyrighted code into RAM in excess of the license,

18  Defendants exceed their license and infringe Blizzard's copyrights.

19      67.  Defendants' actions, as stated above, constitute copyright infringement

20  arising under the Copyright Act, as amended, 17 U.S.C. § 101 et seq. and

21  particularly § 501(a) thereof.

22      68.  Defendants' actions, as stated above, constitute a direct infringement

23  of Blizzard's exclusive right under copyright to reproduce and distribute copies of

24  the copyrighted works, including the copyrighted elements of Blizzard's SC2 game

25  client, Battle.net and SC2 gaming environment, as defined under 17 U.S.C.

26  § 106(1) and (3).

27      69.  Defendants' actions, as stated above, constitute a direct infringement of

28  Blizzard's exclusive right under copyright to prepare derivative works based upon

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-12-

1   the copyrighted works, as defined under 17 U.S.C. § 106(2).

2       70.   Defendants' actions, as stated above, constitute a direct infringement of

3   Blizzard's exclusive rights under copyright as defined under 17 U.S.C. § 106 by

4   contributing to the infringing activity of end users so substantially as to be directly

5   liable for the end users' infringing activity.

6                                   **COUNT II**

7                       **Violation of the Digital Millennium**

8           **Copyright Act ("DMCA"), 17 U.S.C. § 1201(A) and (B)**

9       71.   Blizzard realleges each and every allegation set forth in Paragraph 1

10  through 70, inclusive, and incorporates them by reference herein.

11      72.   The SC2 installation authorization code check is a technical measure

12  that effectively controls access to a copyrighted work.  That measure controls

13  access to SC2 and its multiplayer component.

14      73.   The proprietary username/password authentication software and

15  encryption key challenge at sign-on to the Battle.net servers is a technical measure

16  that effectively controls access to a copyrighted work: SC2 and its multiplayer

17  components.

18      74.   Defendants have circumvented these measures and sought to aid and

19  abet others in circumvention of these measures in violation of 17 U.S.C.

20  § 1201(a)(1)(A).

21      75.   Defendants are offering to the public, providing or otherwise

22  trafficking in technology in violation of 17 U.S.C. § 1201(a)(2) and (b).

23      76.   The StarCrack code is designed or produced for the purpose of

24  circumventing a technological measure that effectively controls access to a

25  copyrighted work and that protects the exclusive rights of copyright owners.

26      77.   The StarCrack code has no commercially significant purpose or use

27  other than to circumvent a technological measure that effectively controls access to

28  a copyrighted work and that protects the exclusive rights of copyright owners.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-13-

1    78.   Defendants' acts constituting DMCA violations have been and continue

2  to be performed without the permission, authorization, or consent of Blizzard.

3    79.   Defendants have violated Section 1201 of the DMCA willfully.

4    80.   Defendants' conduct has caused damage to Blizzard, and has unjustly

5  enriched Defendants, in an amount to be proven at trial.

6    81.   Blizzard's remedy at law is not adequate.  Unless restrained by this

7  Court, Defendants will continue to violate Section 1201 of the DMCA.  Complete

8  protection of Blizzard's rights should include an injunction, an equitable

9  accounting of profits, as well as all other remedies available.

## COUNT IV

### Breach of the StarCraft II™ Beta Test Agreement
### and Battle.net Terms of Use

82.   Blizzard realleges each and every allegation set forth in Paragraphs 1
through 81, inclusive, and incorporates them by reference herein.

83.   The BTA provides that "You hereby agree that Blizzard would be
irreparably damaged if the terms of this Agreement were not specifically enforced,
and therefore you agree that Blizzard shall be entitled, without bond, other security,
or proof of damages, to appropriate equitable remedies with respect to breaches of
this Agreement, in addition to such other remedies as Blizzard may otherwise have
available to it under applicable laws. In the event any litigation is brought by either
party in connection with this Agreement, the prevailing party in such litigation
shall be entitled to recover from the other party all the costs, attorneys' fees and
other expenses incurred by such prevailing party in the litigation." BTA para. 14.

84.   Defendants' actions, described herein, constitute breach of the BTW
and TOU entered into or agreed to by Defendants in violation of the laws of the
state of California, by reason of which Blizzard has suffered and will continue to
suffer harm and irreparable injury.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-14-

## COUNT V

## Tortious Interference with Contractual Relations

85.   Blizzard realleges each and every allegation set forth in Paragraphs 1 through 84, inclusive, and incorporates them by reference herein.

86.   As described herein, before playing the game, licensed users of SC2 must first assent to the BTA, thereby creating contracts between the users and Blizzard.

87.   Blizzard's contracts with its users are valid and enforceable.

88.   StarCrack is an unauthorized provider of online StarCraft game play that allows players to experience an online environment similar to that offered by Blizzard.

89.   Defendants are aware that the BTA prohibits SC2 players from using or providing unauthorized servers to play SC2.

90.   Defendants are aware of the contracts between Blizzard and its users.

91.   On information and belief, Defendants are also aware of the Blizzard BTA and BTA by virtue of assent to their terms during installation of the beta test software

92.   Defendants intentionally induce users of SC2 to use StarCrack's unauthorized servers in breach of SC2 users' contracts with Blizzard and to participate in reverse engineering Battle.net to develop "rogue" servers that provide multiplayer access in breach of the BTA and TOU.

93.   By inducing licensed users to breach their contracts with Blizzard, Defendants intentionally interfere with the contracts between Blizzard and licensed users of SC2.

94.   Defendants' actions were committed willfully and knowingly

95.   As a result of Defendants' actions, Blizzard has suffered damage in an amount to be proven at trial, including diversion of Blizzard resources to attempt to prevent the development of unauthorized servers.

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-15-

1    96.    Defendants' intentional interference with the contracts between

2    Blizzard and its licensed users entitle Blizzard to injunctive relief and

3    compensatory damages, and other available relief.

4    **PRAYER FOR RELIEF**

5    WHEREFORE, Blizzard prays that this Court enter judgment in its favor on

6    each and every claim for relief set forth above and award it relief including, but

7    not limited to, an Order:

8    A.    Preliminarily and permanently enjoining Defendants, their officers,

9    employees, agents, subsidiaries, representatives, distributors, dealers, members,

10    affiliates, and all persons active in concert or participation with him from:

11    (i) infringing Blizzard's copyrighted works; (ii) violating the prohibitions on

12    circumvention of copyright protection systems and trafficking in circumvention

13    technology; and (iii) violating the StarCraft II ™ Terms of Use.

14    B.    Requiring Defendants to shut down any infringing servers and any

15    colorable copy thereof, hosted at any domain, address, location, or ISP within the

16    jurisdiction of this Court.

17    C.    Restraining Defendants from engaging in infringing or violative

18    activity relating to the SC2 or Battle.net software.

19    D.    Requiring Defendants to deliver to Blizzard all copies of materials that

20    infringe or violate any of Blizzard's rights described herein.

21    E.    Requiring Defendants to provide Blizzard with an accounting of any

22    and all sales of products or services that infringe or violate any of Blizzard's rights

23    described herein.

24    F.    Awarding Blizzard monetary relief including damages sustained by

25    Blizzard in an amount not yet determined.

26    G.    Awarding Blizzard actual or statutory damages.

27    H.    Awarding Blizzard its costs and attorneys' fees.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-16-

Case No.                                    COMPLAINT FOR COPYRIGHT INFRINGEMENT

1    I.    Awarding such other and further relief as this Court may deem just and

2    appropriate.

3                                    Respectfully submitted,

4    Dated:  April 12, 2010          SONNENSCHEIN NATH & ROSENTHAL LLP

5

6                                    By _____

7                                              BONNIE LAU

8                                    Attorneys for Plaintiff
                                     BLIZZARD ENTERTAINMENT, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-17-

Case No.                              COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit A

STARCRAFT® II BETA TEST AGREEMENT

*PRE-RELEASE TESTING AGREEMENT*

**YOU SHOULD CAREFULLY READ THE FOLLOWING BETA TEST END USER LICENSE AGREEMENT (THE "AGREEMENT") BEFORE INSTALLING THIS SOFTWARE PROGRAM. IF YOU DO NOT AGREE WITH ALL OF THE TERMS OF THIS AGREEMENT, YOU MAY NOT INSTALL THE SOFTWARE.**

This pre-release version of the "STARCRAFT® II" software program and any accompanying materials or documentation (collectively, the "Game") is the copyrighted work of Blizzard Entertainment, Inc. ("Blizzard"), or its suppliers. All use of the Game is governed by the terms of this Agreement. The Game may be used only by individuals designated by Blizzard solely for the purpose of testing the Game in accordance with the terms of this Agreement. Any use, reproduction, public display, sale or redistribution of the Game not in accordance with the terms of the Agreement is strictly and expressly prohibited.

### STARCRAFT® II BETA TEST AGREEMENT

The "StarCraft® II Beta Test" (the "Beta Test"), provides a limited opportunity during which certain designated people ("Beta Testers") are given the opportunity to test the pre-release version of the "Game." If you are designated by Blizzard as a Beta Tester, and you agree to the terms and conditions of this Agreement, then you will be given the opportunity to test the Game.

 **1. Eligibility**. Your eligibility to participate in this StarCraft® II Beta Test is subject to the following conditions: (i) You must have registered a Battle.net® account which is in good standing (the "Account"); (ii) you must be an adult in your country of residence; (iii) you must agree to the terms of this Beta Test Agreement; and (iv) the computer system that you will use to take part in the Beta Test (the "System") meets the specifications which Blizzard determines are required for the Beta Test, noting that Blizzard has the right to change the required system specifications at any time during the Beta Test, and if at any time during the Beta Test your System does not meet the requirements, Blizzard may determine that you are ineligible to continue to participate in the Beta Test. In order to determine your eligibility for the Beta Test, you specifically agree to allow Blizzard to obtain hardware and software information from the System prior to registration for the Beta Test in order for Blizzard to determine if you are eligible participate.

**2. Grant of License.** Subject to the terms and conditions contained herein, Blizzard hereby grants, and by installing or using the Game you thereby accept, a limited, revocable, non-exclusive license and right to install and use one (1) copy of the Game for your use on one (1) computer which you own or control at your place of residence for the purpose of testing the Game. Use of the Game is also subject to your acceptance of the Battle.net Terms of Use Agreement (the "Terms of Use"). Your participation in the Beta Test is strictly conditioned upon your compliance with the terms, conditions and restrictions contained herein, and the terms, conditions and restrictions of the Battle.net Terms of Use Agreement. In the event of a conflict between the terms of this Agreement and the Battle.net Terms of Use, this Agreement shall govern and supersede the Battle.net Terms of Use Agreement. Blizzard reserves the right to update, modify or change this Agreement at any time during the Term of the Agreement upon providing reasonable notice to you as stated herein.

 **3. Distribution of the Game.** Blizzard may choose to distribute the Game through the use of the "Blizzard Downloader" utility which utilizes the 'upload' capability of your computer to distribute the Game to other participants of the Beta Test. In such an event, you agree that Blizzard may distribute the Game by using your home computer to 'upload' all or part of the Game to other participants of the Beta Test.

 **4. Map Editor.** As part of the Beta Test, Blizzard may allow Beta Testers to test the StarCraft II Map Editor (the "Map Editor") that allows you to create custom levels, maps, scenarios or other materials for your personal use in connection with the Game ("New Materials"). The use of the Map Editor will be subject to an End User License Agreement that you will be required to accept prior to installing and using the Map Editor.

**5. Confidentiality**. All elements of the Game, how the Game interacts with Blizzard's Battle.net® On-line Gaming Service ("Battle.net"), any functions of Battle.net not available to the public at large, and this Agreement are confidential. You agree to maintain the secrecy associated with the Beta and the Battle.net Service during the Term (as defined in Section 9 below), and after the expiration of the Term of this Agreement. In the event of a breach of this Section 5 of the Agreement, Blizzard reserves the right to any and all actions available to Blizzard under the law to protect its rights hereunder.

**6. Ownership**. All title, ownership rights and intellectual property rights in and to the Game and all copies thereof (including without limitation any titles, computer code, themes, objects, characters, character names, stories, dialog, catch phrases, locations, concepts, artwork, character inventories, structural or landscape designs, animations, sounds, musical compositions and recordings, audio-visual effects, storylines, character likenesses, methods of operation, moral rights, and any related documentation) are owned or licensed by Blizzard. The Game is protected by the copyright laws of the United States, international treaties and conventions, and other laws. The Game may contain materials licensed by third parties, and the licensors of those materials may enforce their rights in the event of any violation of this Agreement.

**7. Responsibilities of Beta Tester**

A. Subject to the license granted hereunder, you may not, in whole or in part, copy, photocopy, reproduce, translate, reverse engineer, derive source code from, modify, disassemble, decompile, or create derivative works based on the Game, or remove any proprietary notices or labels from the Game. Failure to comply with the restrictions and limitations contained in this Section 7 shall result in the immediate, automatic termination of the license granted hereunder and may subject you to potential civil and/or criminal liability.

B. Without limiting Blizzard's rights hereunder, you agree that you shall not, under any circumstances:

(i)   sell, rent, lease, lend, license the Game to others, grant a security interest in, or transfer reproductions of, the Game and/or the Account to other parties in any way not expressly authorized herein, or let any third person use the Game and/or the Account;

(ii)  Exploit the Game or any of its parts for any commercial purpose, including without limitation use at a cyber café, computer gaming center or any other commercial establishment without the express written consent of Blizzard;

(iii) host, provide or develop matchmaking services for the Game or intercept, emulate or redirect the communication protocols used by Blizzard in any way, including without limitation through protocol emulation, tunneling, packet sniffing, modifying or adding components to the Game, use of a utility program or any other techniques now known or hereafter developed, for any purpose, including without limitation unauthorized network play over the Internet, network play utilizing commercial or non-commercial gaming networks, or as part of content aggregation networks;

(iv) Facilitate, create or maintain any unauthorized connection to the Game, including without limitation any connection to any unauthorized server that emulates, or attempts to emulate, the Game. All connections by or to the Game may only be made through methods and means approved by Blizzard. Under no circumstances may you connect, or create tools that allow you or others to connect, to the Game other than those expressly provided by Blizzard for use by Beta Testers; or

(v)  Create, reproduce, distribute, display or otherwise make available screen shots depicting the Game or any element thereof without the prior written consent of Blizzard.

**8. Consent to Monitor.**  WHEN RUNNING, THE GAME MAY MONITOR YOUR COMPUTER'S RANDOM ACCESS MEMORY (RAM) FOR UNAUTHORIZED THIRD PARTY PROGRAMS RUNNING CONCURRENTLY WITH THE GAME. AN "UNAUTHORIZED THIRD PARTY PROGRAM" AS USED HEREIN SHALL BE DEFINED AS ANY THIRD PARTY SOFTWARE, INCLUDING WITHOUT LIMITATION ANY "ADDON," "MOD," "HACK," "TRAINER," OR "CHEAT," THAT IN BLIZZARD'S SOLE DETERMINATION: (i) ENABLES OR FACILITATES CHEATING OF ANY TYPE; (ii) ALLOWS USERS TO MODIFY OR HACK THE GAME INTERFACE, ENVIRONMENT, AND/OR EXPERIENCE IN ANY WAY

NOT EXPRESSLY AUTHORIZED BY BLIZZARD; OR (iii) INTERCEPTS, "MINES," OR OTHERWISE COLLECTS INFORMATION FROM OR THROUGH THE GAME. IN THE EVENT THAT THE GAME DETECTS AN UNAUTHORIZED THIRD PARTY PROGRAM, THE GAME MAY (a) COMMUNICATE INFORMATION BACK TO BLIZZARD, INCLUDING WITHOUT LIMITATION YOUR ACCOUNT NAME, DETAILS ABOUT THE UNAUTHORIZED THIRD PARTY PROGRAM DETECTED, AND THE TIME AND DATE THE UNAUTHORIZED THIRD PARTY PROGRAM WAS DETECTED; AND/OR (b) EXERCISE ANY OR ALL OF ITS RIGHTS UNDER THIS AGREEMENT, WITH OR WITHOUT PRIOR NOTICE TO THE USER.

**9. Term and Termination.** Your use of the Game shall be limited to the Term of the Beta Test, which will begin upon your installation of the Game, and last until terminated by Blizzard at its sole and absolute discretion (the "Term"). This Agreement will terminate automatically without notice upon the termination of the Beta Test. Blizzard shall have the right to terminate this Agreement at any time, for any reason, or for no reason. Upon termination of the Agreement, you must destroy the Game and all documents and materials you received from Blizzard in connection with the Beta Test, and you must remove any elements of the Game from any hard drives on which the Game has been installed.

**10. Feedback.** At the termination of the Beta Test, and during the Term as requested by Blizzard, you agree to provide Blizzard with comments, suggestions and impressions of the Game by using the in-program mechanisms provided to supply feedback and bug reports, the Game Beta Test internal website and forums, and such other methods are provided by Blizzard. Additionally, the Game may include a tool that will allow your system to forward system and driver information to Blizzard in the event of a crash. This tool will collect data on the system during the crash, and forward a report to Blizzard via electronic mail, after allowing you to see and approve of the information contained in the electronic mail message.

**11. Acknowledgments.** You hereby acknowledge: (i) that the Game is a work in progress and may contain bugs which may cause loss of data and/or damage to your computer system; (ii) that you have, or will, back-up your hard drive prior to installation of the Game; (iii) that you have the resources necessary to easily reinstall your operating system and restore any and all data that may be lost; (iv) that Blizzard is not be liable in any way for the loss or damage to players, accounts, statistics, or user profile information stored by the Game; (v) that Blizzard may monitor and record any and all communications, electronic or otherwise, pertaining to the Game including, without limitation, Program packets, chat, email, message board postings, etc.; (vi) Blizzard may delete or modify the information stored on the Game for any reason at any time during the duration of the Beta Test, including the modification or deletion of player characters, statistics, and rankings; and (vii) that as part of the Beta Test registration process, Blizzard may transfer software program files to your computer system, including without limitation, a program that will collect and send Blizzard CPU, RAM, operating system, video card, and sound card information from your computer.

**12. DISCLAIMER OF WARRANTIES.** THE PROGRAM AND ACCOMPANYING DOCUMENTATION IS BEING PROVIDED TO YOU "AS IS" WITHOUT WARRANTY OF ANY KIND. BLIZZARD DOES NOT WARRANT THAT THE PROGRAM WILL BE UNINTERRUPTED OR ERROR FREE. BLIZZARD DISCLAIMS ALL WARRANTIES WHETHER EXPRESS OR IMPLIED INCLUDING BUT NOT LIMITED TO ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**13. LIMITATION OF LIABILITY.** BLIZZARD SHALL NOT BE LIABLE TO YOU FOR ANY DAMAGES OF ANY KIND INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, COMPENSATORY, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT. I UNDERSTAND AND ACKNOWLEDGE THAT BLIZZARD CANNOT AND WILL NOT BE RESPONSIBLE FOR ANY INTERRUPTIONS OF SERVICE INCLUDING, BUT NOT LIMITED TO ISP DISRUPTIONS, SOFTWARE OR HARDWARE FAILURES OR ANY OTHER EVENT WHICH MAY RESULT IN A LOSS OF DATA OR DISRUPTION OF SERVICE.

**14. Equitable Remedies.** You hereby agree that Blizzard would be irreparably damaged if the terms of this Agreement were not specifically enforced, and therefore you agree that Blizzard shall be entitled, without bond, other security, or proof of damages, to appropriate equitable remedies with respect to breaches of this Agreement, in addition to such other remedies as Blizzard may otherwise have available to it under applicable laws. In the event

any litigation is brought by either party in connection with this Agreement, the prevailing party in such litigation shall be entitled to recover from the other party all the costs, attorneys' fees and other expenses incurred by such prevailing party in the litigation.

**15. Miscellaneous.** This Agreement shall be deemed to have been made and executed in the State of California, and any dispute arising hereunder shall be resolved in accordance with the law of California. You agree that any claim asserted in any legal proceeding by one of the parties against the other shall be commenced and maintained in any state or federal court located in the State of California, County of Los Angeles, having subject matter jurisdiction with respect to the dispute between the parties. In the event that any provision of this Agreement shall be held by a court or other tribunal of competent jurisdiction to be unenforceable, such provision will be enforced to the maximum extent permissible and the remaining portions of this Agreement shall remain in full force and effect. This Agreement constitutes and contains the entire agreement between the parties with respect to the subject matter hereof and supersedes any prior oral or written agreements.

I hereby acknowledge that I have read and understand the foregoing Agreement and agree that by clicking "agree" or installing the Game I am acknowledging my agreement to be bound by the terms and conditions of this License Agreement.

© 2009 Blizzard Entertainment, Inc. All rights reserved. StarCraft and Blizzard Entertainment are registered trademarks of Blizzard Entertainment, Inc., in the U.S. and/or other countries.

# Exhibit B

## BATTLE.NET TERMS OF USE

Last Updated on August 31, 2009

BY CLICKING "ACCEPT" BELOW OR USING THE SERVICE, YOU AGREE TO BE BOUND BY THIS LEGAL CONTRACT.

Thank you for using the Battle.net service (the "Service"). These Terms of Use (the "TOU" or "Agreement") set forth the terms and conditions under which you are provided access to the Service by Blizzard Entertainment, Inc. ("Blizzard" or "we"). This Agreement does not supersede the End User License Agreement (the "EULA") that accompanies Blizzard's games (each a "Game") or any other Game-specific Terms of Use. The EULA governs your use of the Game client – that part of any Game installed on your computer – and this Agreement governs your use of the Service.

   **1. Grant of a Limited License to Use the Service.** Subject to your agreement to and continuing compliance with the Terms of Use agreement, you may use the Service solely for your own non-commercial entertainment purposes by accessing it with a web browser or an authorized, unmodified Game client. You may not use the Service for any other purpose, or using any other method.

   **2. Additional License Limitations.** The license granted to you in Section 1 is subject to the limitations set forth in Sections 1 and 2 (collectively, the "License Limitations"). Any use of the Service or any Game in violation of the License Limitations will be regarded as an infringement of Blizzard's copyrights in and to the Service and/or Game. You agree that you will not, under any circumstances:

1. use cheats, automation software (bots), hacks, mods or any other unauthorized third-party software designed to modify the Service, any Game or any Game experience;
2. exploit the Service, a Game or any part thereof for any commercial purpose, including without limitation (a) use at a cyber cafe, computer gaming center or any other commercial establishment without the express written consent of Blizzard; (b) to communicate or facilitate any commercial advertisement or solicitation; (c) for gathering in-game currency, items or resources for sale outside the Game without Blizzard's authorization; or (d) performing in-game services in exchange for payment outside the Game, e.g., power-leveling;
3. use any unauthorized third-party software that intercepts, "mines", or otherwise collects information from or through any Game or the Service, including without limitation any software that reads areas of RAM used by any Game or the Service to store information about a character or a Game environment; provided, however, that Blizzard may, at its sole and absolute discretion, allow the use of certain third party user interfaces;
4. modify or cause to be modified any files that are a part of any Game or the Service in any way not expressly authorized by Blizzard;
5. host, provide or develop matchmaking services for any Game or the Service, or intercept, emulate or redirect the communication protocols used by Blizzard in any way, for any purpose, including without limitation unauthorized play over the internet, network play, or as part of content aggregation networks;
6. facilitate, create or maintain any unauthorized connection to any Game or the Service, including without limitation (a) any connection to any unauthorized server that emulates, or attempts to emulate, the Service or any Game; and (b) any connection using programs or tools not expressly approved by Blizzard; or
7. disrupt or assist in the disruption of (i) any computer used to support the Service or any Game environment (each a "Server"); or (ii) any other player's Game experience. ANY ATTEMPT BY YOU TO DISRUPT THE SERVICE OR UNDERMINE THE LEGITIMATE OPERATION OF ANY GAME MAY BE A VIOLATION OF CRIMINAL AND CIVIL LAWS.

3. Before you can use the Service, you must: (i) agree to this TOU, the Privacy Policy, the "In Game Policies," and the applicable Terms of Use Agreement and EULA for each of the Game(s) you will use with the Service, if applicable; (ii) purchase a valid license to use the Game(s) you will use with the Service, if applicable; and (iii) register an account on the Service (an "Account"). You are responsible for any internet connection fees that you incur when accessing the Service. Age restrictions, and provisions governing the use of an Account by minor children, are located in the In Game Policies. Subject to the laws of your country of residence, minor children may play a Game using a parent or legal guardian's Account so long as the parent or legal guardian consents and accepts full responsibility for the conduct of the child.

4.       **Accessing the Service.**

   **1. Account Eligibility.** You may establish an Account only if you are a "natural person" and an adult in your country of residence. Corporations, Limited Liability Companies, partnerships and other legal or business entities may not establish an Account. Individuals prohibited by Blizzard from using the Service may not create or use an Account, and doing so and may result in severe civil and criminal penalties. By accepting this Agreement, you hereby represent and warrant that you meet these eligibility requirements.

   **2. Establishing an Account.** When creating or updating an Account on the Service, you are required to provide Blizzard with certain personal information such as your name, address, phone number, email address and, in some cases, payment information. An unused Authentication Key provided to you by Blizzard will be required when adding a Game license to an Account. A Game license must be added to an Account before you can play that Game online, where applicable. You agree that you will supply accurate and complete information to Blizzard when requested, and that you will update that information promptly after it changes.

   **3. Username and Password.** During the Account creation process, you may be required to select a unique username and/or a password (collectively referred to hereunder as "Login Information"), and you may not share the Account or the Login Information with anyone other than as expressly set forth herein. You are responsible for maintaining the confidentiality of the Login Information, and you will be responsible for all uses of the Login Information, including purchases, whether or not authorized by you. In the event you become aware of or reasonably suspect any breach of security, including without limitation any loss, theft, or unauthorized disclosure of the Login Information, you must immediately notify Blizzard by emailing wowaccountadmin@blizzard.com.

**5. Account Suspension/Cancelation.** BLIZZARD MAY SUSPEND, TERMINATE, MODIFY, OR DELETE ACCOUNTS AT ANY TIME FOR ANY REASON OR FOR NO REASON, WITH OR WITHOUT NOTICE TO YOU. Accounts terminated by Blizzard for any type of abuse, including without limitation a violation of these Terms of Use, will not be reactivated for any reason. For purposes of explanation and not limitation, most account suspensions, terminations and/or deletions are the result of violations of this TOU, a Game EULA or other Blizzard policy. You may cancel any Account registered to you at any time by following the instructions on the Website. Blizzard may stop offering and/or supporting the Service at any time.

### 6. The Blizzard Online Store.

**1. Use of the Blizzard Online Store.** The Blizzard Online Store, available through the Service, may offer (a) downloadable versions of Games that have been enabled for use on the Service ("Enabled Products"); (b) physical copies of the Enabled Products ("Box Product(s)"); and other goods or services ("Merchandise"). All purchases made through the Service are also subject to the terms and conditions of this Agreement.

**2. Blizzard Online Store.** To use the Blizzard Online Store, you will be required to provide Blizzard with certain personal information that will be associated with the Account. For details regarding the protection of your data, see the Privacy Policy.

**3. Terms of Sale.** Please visit the Blizzard Terms of Sale, hereby incorporated herein by this reference, for additional terms and conditions applicable to your purchase of goods and services through the Blizzard Store.

### 7. Updates.

**1. Agreements.** Blizzard will update this Agreement with new versions (each a "New TOU") as the Service and the law evolve. This Agreement will terminate immediately upon the introduction of a New TOU, and you will be given an opportunity to review and accept the New TOU. If you accept the New TOU, and if the Account registered to you remains in good standing, you will be able to continue using the Account subject to the terms of the New TOU. If you decline to accept the New TOU, or if you cannot comply with the terms of the New TOU for any reason, you will no longer be permitted to use the Account. Blizzard may change, modify, suspend, or discontinue any aspect of the Service at any time. Blizzard may also impose limits on certain features or restrict your access to parts or all of the Service without notice or liability. You have no interest, monetary or otherwise, in any feature or content contained in the Service or associated with the Account. Blizzard may also revise other policies, including without limitation the Code of Conduct and other In Game Policies and the Privacy Policy, at any time, and the new versions will be available on the Website. If at any point you do not agree to any portion of the then-current version of this Agreement, the Code of Conduct the Privacy Policy, or any other Blizzard policy or agreement relating to your use of the Service, you must immediately stop using the Service.

**2. Software and Services.** In an effort to improve its products and services, Blizzard may require that you download and install updates to the Service and to the Games you have installed on your computer. You acknowledge and agree that Blizzard may update the Service and the Games, including the Game client(s) on your computer, with or without notifying you.

**8. Ownership.**

    **1. Game clients and Service.** The Game clients and the Service (including without limitation any titles, computer code, themes, objects, characters, character names, stories, dialogue, catch phrases, concepts, artwork, animations, sounds, musical compositions, audio-visual effects, methods of operation, moral rights, documentation, in-game chat transcripts, character profile information, recordings of games played using a Game client, and the Game client and server software) are copyrighted works owned by Blizzard and its licensors. Blizzard reserves all rights in connection with the Games and the Service, including without limitation the exclusive right to create derivative works. You agree that you will not create any work based on the Games or the Service except as expressly set forth by Blizzard in contest rules, or in Blizzard's Fan Policies, which include without limitation Blizzard's Machinima Policy and Fan Art Submission Policy. Any reproduction or redistribution of any Game not in accordance with any policy or agreement, including without limitation the Game EULA and the TOU, is expressly prohibited by law, and may result in severe civil and criminal penalties.

    **2. Account.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, YOU ACKNOWLEDGE AND AGREE THAT YOU SHALL HAVE NO OWNERSHIP OR OTHER PROPERTY INTEREST IN THE ACCOUNT, AND YOU FURTHER ACKNOWLEDGE AND AGREE THAT ALL RIGHTS IN AND TO THE ACCOUNT ARE AND SHALL FOREVER BE OWNED BY AND INURE TO THE BENEFIT OF BLIZZARD. Blizzard does not recognize the transfer of Accounts. You may not purchase, sell, gift or trade any Account, or offer to purchase, sell, gift, or trade any Account, and any such attempt shall be null and void.

    **3. Virtual Items.** Blizzard owns, has licensed, or otherwise has rights to all of the content that appears in the Service or the Games. You agree that you have no right or title in or to any such content, including without limitation the virtual goods or currency appearing or originating in any Game, or any other attributes associated with the Account or stored on the Service. Blizzard does not recognize any purported transfers of virtual property executed outside of a Game, or the purported sale, gift or trade in the "real world" of anything that appears or originates in a Game, unless otherwise expressly authorized by Blizzard in writing. Accordingly, you may not sell in-game items or currency for "real" money, or exchange those items or currency for value outside of a Game, without Blizzard's written permission.

    **9. Fees.** You agree to pay all fees and applicable taxes incurred by you or anyone using an Account registered to you. If you choose a recurring subscription for any Game, you acknowledge that payments will be processed automatically (e.g., debited from your account or charged to your credit card) until you cancel the subscription or the Account. Blizzard may revise the pricing for the goods and services offered through the Service, including without limitation subscription plans for any Game, at any time. YOU ACKNOWLEDGE THAT BLIZZARD IS NOT REQUIRED TO PROVIDE A REFUND FOR ANY REASON, AND THAT YOU WILL NOT RECEIVE MONEY BACK FOR PREPAID TIME WHEN THE ACCOUNT IS CLOSED, WHETHER SUCH CLOSURE WAS VOLUNTARY OR INVOLUNTARY.

    **10. Game Transfers.** The Authentication Key that accompanies most Game clients can only be used once, and will connect a Game license to the Account under which it is registered. The transferability of your license to a Game client is governed by the Game EULA; provided, however, that any transfer of the

Game client shall have no impact on the Account registered to you, and that Account shall not transfer with the Game client.  Purchasers of a license to a used Game client must follow the process detailed on the www.Blizzard.com website, which may require payment of a processing fee.

## 11. RESTRICTIONS AND CONDITIONS OF USE

**1. No Violation of Laws.**  You agree that you will not, in connection with your use of a Game client or the Service, violate any applicable law or regulation.  Without limiting the foregoing, you agree that you will not make available through the Service any material or information that infringes any copyright, trademark, patent, trade secret, or other right of any party (including rights of privacy or publicity).

**2. Misuse of Service.**  You may not connect to or use the Service in any way not expressly permitted by this Agreement.  Without limiting the foregoing, you agree that you will not (a) institute, assist, or become involved in any type of attack, including without limitation denial of service attacks, upon the Service or otherwise attempt to disrupt the Service or any other person's use of the Service; or (b) attempt to gain unauthorized access to the Service, Accounts registered to other players, or the computer systems or networks connected to the Service.

**3. No Data Mining.**  You agree that you will not (a) obtain or attempt to obtain any information from the Service or any Game using any method not expressly permitted by Blizzard; (b) intercept, examine or otherwise observe any proprietary communications protocol used by a client or the Service, whether through the use of a network analyzer, packet sniffer or other device; (c) use any third-party software to collect information from or through a Game client or the Service, including without limitation information about your character, any Account registered to you, virtual items, other players, or other Game data.

**4. User Content.**  "User Content" means any communications, images, sounds, and all the material and information that you upload or transmit through a Game client or the Service, or that other users upload or transmit, including without limitation any chat text.  You hereby grant Blizzard a perpetual, irrevocable, worldwide, paid-up, non-exclusive, license, including the right to sublicense to third parties, and right to reproduce, fix, adapt, modify, translate, reformat, create derivative works from, manufacture, introduce into circulation, publish, distribute, sell, license, sublicense, transfer, rent, lease, transmit, publicly display, publicly perform, or provide access to electronically, broadcast, communicate to the public by telecommunication, display, perform, enter into computer memory, and use and practice such User Content as well as all modified and derivative works thereof.  To the extent permitted by applicable laws, you hereby waive any moral rights you may have in any User Content.

**5.  Content Screening and Disclosure.**  We do not, and cannot, pre-screen or monitor all User Content.  However, our representatives may monitor and/or record your communications (including without limitation chat text) when you are using the Service or playing a Game, and you hereby provide your irrevocable consent to such monitoring and recording.  You acknowledge and agree that you have no expectation of privacy concerning the transmission of any User Content, including without limitation chat text or voice communications.  We do not assume any responsibility or liability for User Content that is generated by users.  We have the right, but not the obligation, in our sole discretion to edit, refuse to post, or remove any User Content.  WE ALSO RESERVE THE RIGHT, AT ALL TIMES AND IN OUR SOLE DISCRETION, TO DISCLOSE ANY USER CONTENT AND OTHER INFORMATION (INCLUDING WITHOUT LIMITATION CHAT TEXT, VOICE COMMUNICATIONS, IP ADDRESSES, AND YOUR PERSONAL INFORMATION) FOR ANY REASON, including without limitation (a) to satisfy any applicable law, regulation, legal process or governmental request; (b) to enforce the terms of this or any other agreement or Blizzard policy; (c) to protect our legal rights and

remedies; (d) where we feel someone's health or safety may be threatened; or (e) to report a crime or other offensive behavior.

**12. DISCLAIMER OF WARRANTIES.** THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS FOR YOUR USE, WITHOUT WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, AND THOSE ARISING FROM COURSE OF DEALING OR USAGE OF TRADE. BLIZZARD DOES NOT WARRANT THAT YOU WILL BE ABLE TO ACCESS OR USE THE SERVICE AT THE TIMES OR LOCATIONS OF YOUR CHOOSING; THAT THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE; THAT DEFECTS WILL BE CORRECTED; OR THAT THE GAME CLIENT OR THE SERVICE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

**13.    LIMITATION OF LIABILITY; SOLE AND EXCLUSIVE REMEDY; INDEMNIFICATION**

1. BLIZZARD IS NOT RESPONSIBLE FOR DAMAGES ARISING OUT OF YOUR USE OF THE SERVICE OR YOUR INABILITY TO USE THE SERVICE. IN NO CASE SHALL BLIZZARD BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE OR CONSEQUENTIAL DAMAGES ARISING FROM YOUR USE OF THE SERVICE, ANY GAME OR ANY GAME CLIENT. IN NO CASE SHALL THE LIABILITY OF BLIZZARD EXCEED THE AMOUNT THAT YOU PAID TO US DURING THE SIX (6) MONTHS PRIOR TO THE TIME YOUR CAUSE OF ACTION AROSE. Because some states or jurisdictions do not allow the exclusion or the limitation of liability for consequential or incidental damages, in such states or jurisdictions, the liability of Blizzard and its affiliates shall be limited to the fullest extent permitted by law.

2. YOU ACKNOWLEDGE AND AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH BLIZZARD IS TO STOP USING THE SERVICE, AND TO CANCEL ALL ACCOUNTS REGISTERED TO YOU.

3. You agree to indemnify, defend and hold Blizzard harmless from any claim, demand, damages or other losses, including reasonable attorneys' fees, asserted by any third-party resulting from or arising out of your use of the Service or any Game, or any breach by you of this Agreement, the Code of Conduct or any Game EULA.

**14.    DISPUTE RESOLUTION AND GOVERNING LAW.**

**1. Disputes can be expensive and time consuming for both parties.** In an effort to accelerate resolution and reduce the cost of any dispute, controversy or claim related to these Terms of Use ("Dispute"), you and Blizzard agree to first attempt to negotiate any Dispute (except those Disputes expressly provided below) informally for at least thirty (30) days before initiating any arbitration or court proceeding. Negotiations will begin upon written notice. Blizzard will send its notice to your billing address and email you a copy to the email address you have provided to us. You will send your notice to Blizzard at Blizzard Entertainment, P.O. Box 18979, Irvine CA 92623, ATTN: Legal Department.

**2. Binding Arbitration.** If the parties are unable to resolve a Dispute through negotiations, either you or Blizzard may elect to have the Dispute (with the exception of those Disputes expressly excluded below) finally and exclusively resolved by binding arbitration. Any election to arbitrate by one party shall be final and binding on the other. YOU UNDERSTAND THAT ABSENT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A JURY TRIAL. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration

Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available that the AAA website www.adr.org. The determination of whether a Dispute is subject to arbitration shall be governed by the Federal Arbitration Act and determined by a court rather than an arbitrator. Your arbitration fees and your share of arbitrator compensation shall be governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If the arbitrator determines those costs to be excessive, Blizzard will pay all arbitration fees and expenses. The arbitration may be conducted in person, through the submission of documents, by phone or online. The arbitrator will make a decision in writing, but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law, and any award may be challenged if the arbitrator fails to do so. Except as otherwise provided in this Agreement, you and Blizzard may litigate in court to compel arbitration, stay proceeding pending arbitration, or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator.

   **3. Restrictions.** You and Blizzard agree that any arbitration shall be limited to the Dispute between Blizzard and you individually. YOU ACKNOWLEDGE AND AGREE THAT (1) NO ARBITRATION SHALL BE JOINED WITH ANY OTHER; (2) THERE IS NO RIGHT OR AUTHORITY FOR ANY DISPUTE TO BE ARBITRATED ON A CLASS-ACTION BASIS OR TO UTILIZE CLASS ACTION PROCEDURES; AND (3) THERE IS NO RIGHT OR AUTHORITY FOR ANY DISPUTE TO BE BROUGHT IN A PURPORTED REPRESENTATIVE CAPACITY ON BEHALF OF THE GENERAL PUBLIC OR ANY OTHER PERSONS.

   **4. Exceptions to Negotiations and Arbitration.** You and Blizzard agree that the following Disputes are not subject to the above provisions concerning negotiations and binding arbitration: (1) any Disputes seeking to enforce or protect, or concerning the validity of, any of your or Blizzard's intellectual property rights; (2) any Dispute related to, or arising from, allegations of theft, piracy, invasion of privacy or unauthorized use; and (3) any claim for injunctive relief.

   5. If you are a resident of the United States, any arbitration will take place at any reasonable location within the United States convenient for you. For residents outside the United States, any arbitration shall be initiated in the County of Los Angeles, State of California, United States of America. Any Dispute not subject to arbitration (other than claims proceeding in any small claims court), or where no election to arbitrate has been made, shall be decided by a court of competent jurisdiction within the County of Los Angeles, State of California, United States of America, and you and Blizzard agree to submit to the personal jurisdiction of that court.

   **6. Governing Law.** Except as expressly provided otherwise, this Agreement shall be is governed by, and will be construed under, the Laws of the United States of America and the law of the State of Delaware, without regard to choice of law principles. The application of the United Nations Convention on Contracts for the International Sale of Goods is expressly excluded. For our customers who access the Service from Canada, Chile, Mexico, Argentina, Australia, Singapore, Thailand, or New Zealand, other laws may apply if you choose not to agree to arbitrate as set forth above, and in such an event, shall affect this Agreement only to the extent required by such jurisdiction. In such a case, this Agreement shall be interpreted to give maximum effect to the terms and conditions hereof. If you access the Service from New Zealand, and are a resident of New Zealand, The New Zealand Consumer Guarantees Act of 1993 ("Act") may apply to the Game and/or the Service as supplied by Blizzard to you. If the Act applies, then notwithstanding any other provision in this Agreement, you may have rights or remedies as set out in the Act which may apply in addition to, or, to the extent that they are inconsistent, instead of, the rights or remedies set out in this Agreement. Those who choose to access the Service from locations outside of the United States, Canada, Australia, Singapore, or New Zealand do so on their own initiative contrary to the terms of this Agreement, and are responsible for compliance with local laws if and to the extent local laws are applicable.

**7. Severability.** You and Blizzard agree that if any portion of this Section 14 is found illegal or unenforceable (except any portion of Section 14C above), that portion shall be severed and the remainder of the Section shall be given full force and effect. If this Section 14 is found to be illegal or unenforceable then neither you nor Blizzard will elect to arbitrate any Dispute falling within that portion of this Section 14 found to be illegal or unenforceable and such Dispute shall be decided by a court of competent jurisdiction within the County of Los Angeles, State of California, United States of America, and you and Blizzard agree to submit to the personal jurisdiction of that court.

**15.     Third Party Advertising.** Blizzard's Games and the Service may incorporate technology of Massive Incorporated ("Massive"), a wholly-owned subsidiary of Microsoft Corporation ("Microsoft"), that enables in-game advertising, and the display of other similar in-game objects, which are downloaded temporarily to your personal computer and replaced during online game play. As part of this process, Massive may collect some information about the game and the advertisements delivered to you, as well as standard information that is sent when your personal computer or game console connects to the Internet including your Internet protocol (IP) address. Massive will use this information to transmit and measure in-game advertising, as well as to improve the products and services of Massive and its affiliates. None of the information collected by Massive will be used to identify you. For additional details regarding Massive's in-game advertising practices, please see Massive's In-Game Advertising privacy statement at http://go.microsoft.com/fwlink/?LinkId=122085&clcid=0x409. The trademarks and copyrighted material contained in all in-game advertising are the property of the respective owners. Portions of the Service are © 2008 Massive Incorporated. All rights reserved.

**16. GENERAL**

**1. TOU Revisions.** The TOU may only be revised in a writing signed by Blizzard or published by Blizzard on its website.

**2. Assignment.** Blizzard may assign this Agreement, in whole or in part, to any person or entity at any time with or without your consent. You may not assign the TOU without Blizzard's prior written consent, and any unauthorized assignment by you shall be null and void.

**3. Severability.** If any part of this Agreement is determined to be invalid or unenforceable, then that portion shall be severed, and the remainder of the Agreement shall be given full force and effect.

**4. Attorneys' Fees.** In the event any litigation is brought by either party in connection with the TOU, the prevailing party in such litigation shall be entitled to recover from the other party all the reasonable costs, attorneys' fees and other expenses incurred by such prevailing party in the litigation.

**5. Entire Agreement.** This TOU, including the documents expressly incorporated by reference herein, constitutes the entire agreement between you and us with respect to the Service and supersedes all prior or contemporaneous communications, whether electronic, oral or written, between you and us with respect to the Service; provided, however, that this Agreement shall coexist with, and shall not supersede, Game EULAs and Terms of Use specific to a Blizzard Game.

**6. No Waiver.** Our failure to enforce any provision of the TOU shall in no way be construed to be a present or future waiver of such provision, nor in any way affect the right of any party to enforce each and every such provision thereafter. The express waiver by us of any provision, condition or requirement of the TOU shall not constitute a waiver of any future obligation to comply with such provision, condition or requirement.

**7. Notices.** All notices given by you or required under the TOU shall be in writing and addressed to: Blizzard Entertainment, P.O. Box 18979, Irvine CA 92623, ATTN: Legal Department.

**8. Equitable Remedies.** You hereby agree that Blizzard would be irreparably damaged if the terms of this Agreement were not specifically enforced, and therefore you agree that we shall be entitled, without bond, other security, or proof of damages, to appropriate equitable remedies with respect to breaches of the TOU, in addition to such other remedies as we may otherwise have available to us under applicable laws.

**9. Force Majeure.** Blizzard shall not be liable for any delay or failure to perform resulting from causes outside the reasonable control of Blizzard, including without limitation any failure to perform hereunder due to unforeseen circumstances or cause beyond Blizzard's control such as acts of God, war, terrorism, riots, embargoes, acts of civil or military authorities, fire, floods, accidents, strikes, or shortages of transportation facilities, fuel, energy, labor or materials.

BY CLICKING "ACCEPT" BELOW OR BY USING THE SERVICE, YOU REPRESENT THAT YOU HAVE READ AND AGREE TO THIS TERMS OF USE, THAT YOU AGREE TO ABIDE BY OUR IN GAME POLICIES, AND THAT YOU UNDERSTAND AND ACKNOWLEDGE OUR PRIVACY POLICY.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

FAXED

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BLIZZARD ENTERTAINMENT, INC.

**DEFENDANTS**
JUSTIN MARSHALL, an individual, and DOES 1 through 5, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Bonnie Lau
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
(213) 623-9300

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** 100,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 501, 1201 - Copyright infringement, Circumvention of Copyright Protection Systems, Breach of Contract, Tortious Interference

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **FORFEITURE / PENALTY** | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Accommodations | | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: _____ SACV10-00450

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date April 12, 2010
Bonnie Lau

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge __DOC__ and the assigned discovery Magistrate Judge is __RNB__.

The case number on all documents filed with the Court should read as follows:

### SACV 10-00450 DOC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the The United States District Judge assigned to this case will hear and determine all discovery related motions.

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

☑ **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

☑ **Southern Division**
411 West Fourth St., Rm 1-053
Santa Ana, CA 92701-4516

☐ **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

## FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC.<br>*Plaintiff*<br><br>v.<br><br>JUSTIN MARSHALL an individual; and DOES 1<br>through 5, inclusive<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> |

Civil Action No. **SACV10-00450 DOC (RNBx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Justin Marshall
> 1921 Winterset Place
> Simi Valley, CA 93065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bonnie Lau
> Sonnenschein Nath & Rosenthal LLP
> 601 South Figueroa Street
> Suite 2500
> Los Angeles, CA  90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 12, 2010

*Signature of Clerk or Deputy Clerk*

SEAL

## FOR OFFICE USE ONLY


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                    *Server's signature*

                                                          _____
                                                                  *Printed name and title*


                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

